UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GLENN HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WELLS FARGO BANK, NATIONAL | ) | 5:23-CV-38-BO-KS |
| ASSOCIATION, DUKE ENERGY | ) | |
| PROGRESS, LLC, FOOD LION, LLC, | ) | |
| DUKE UNIVERSITY, NC STATE UNIVERSITY, | ) | |
| UNIVERSITY OF NORTH CAROLINA AT | ) | |
| CHAPEL HILL, FAYETTEVILLE TECHNICAL | ) | |
| COMMUNITY COLLEGE, QUANTICO | ) | |
| TACTICAL INCORPORATED, TRUIST BANK, | ) | |
| ROBERT HALF INTERNATIONAL, INC., | ) | |
| CITY OF FAYETTEVILLE NC, FIRST | ) | |
| CITIZEN'S BANK AND TRUST COMPANY, | ) | |
| EATON CORPORATION, METHODIST | ) | |
| UNIVERSITY, FORT BRAGG FEDERAL | ) | |
| CREDIT UNION, BANK OF AMERICA | ) | |
| CORPORATION, ACTION | ) | |
| PATHWAYS, INC. CUMBERLAND | ) | |
| COUNTY NC, THE GOODYEAR TIRE | ) | |
| COMPANY, CAPE FEAR VALLEY MEDICAL | ) | |
| CENTER, and WAKE FOREST UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED**:

- Fayetteville Technical Community College's motions to dismiss [DE 14, 86] is GRANTED;
- City of Fayetteville NC motion to dismiss [DE 36] is GRANTED;
- Eaton Corporation 's amended motion to dismiss [DE 42] is GRANTED;
- Action Pathways, Inc. motion to dismiss [DE 44] is GRANTED;
- Goodyear Tire & Rubber Company's motion to dismiss [DE 49] is GRANTED;
- Cumberland County North Carolina's motion to dismiss [DE 51] is GRANTED;
- Duke University 's motion to dismiss [DE 53] is GRANTED;

- Robert Half International Inc.'s motion to dismiss [DE 61] is GRANTED;
- Duke Energy Progress, LLC's motion to dismiss [DE 63] is GRANTED;
- North Carolina State University's motion to dismiss [DE 65] is GRANTED;
- The University of North Carolina at Chapel Hill's motion to dismiss [DE 67] 1s GRANTED;
- Bank of America, N.A.'s motion to dismiss [DE 72] is GRANTED;
- The Methodist University, lnc.'s motion to dismiss [DE 74] is GRANTED;
- Food Lion, LLC's motion to dismiss [DE 80] is GRANTED;
- Truist Bank's motion to dismiss [DE 82] is GRANTED;
- Wake Forest Univers ity's motion to dismiss [DE 90] is GRANTED;
- First-Citizens Bank & Trust Company's motion to dismiss [DE 95] is GRANTED;
- Wells Fargo Bank, N.A.'s motion to dismiss [DE 101] is GRANTED;
- Fort Bragg Federal Credit Union's motion to dismiss [DE 117] is GRANTED;
- Henderson's motion for costs [DE 142] is DENIED;
- Henderson's motion [DE 143] is DENIED;
- Cape Fear Valley Health System's motion to dismiss [DE 167] is GRANTED;
- Cape Fear Valley Health System's motion for leave to supplement its reply [DE 175] is GRANTED.
- Henderson's complaint [DE1] is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on March 29, 2024, and served on:**
Glenn Hendersonj (via US Mail to 5952 Cliffdale Rd., Fayetteville NC 28314)
Frederick Smith (via US CM/ECF NEF)
Margaret Manos (via CM/ECF NEF)
Michelle Spak (via CM/ECF NEF)
Donald Lauderdale (via CM/ECF NEF)
Mallory Gnatt (via CM/ECF NEF)
Lauren Goetzl (via CM/ECF NEF)
Anne Martin (via CM/ECF NEF)
Jeremy Lindsley (via CM/ECF NEF)
Sean Patrick (via CM/ECF NEF)
J. Rodrigo Pocasangre (via CM/ECF NEF)
Jill Stricklin (via CM/ECF NEF)
Richard Rainey (via CM/ECF NEF)
Brian Castro (via CM/ECF NEF)
Karen McDonald (via CM/ECF NEF)
Elizabeth Buckley (via CM/ECF NEF)
Ann Smith (via CM/ECF NEF)
Janean Dunn (via CM/ECF NEF)
Melissa Davis (via CM/ECF NEF)
Daniel Nunn (via CM/ECF NEF)
John Crook (via CM/ECF NEF)
Robert Hasty, Jr. (via CM/ECF NEF)
Elizabeth Lalik (via CM/ECF NEF)

Jerry Walters, Jr. (via CM/ECF NEF)
Lauren Bridenbaugh (via CM/ECF NEF)
Patricia Bartis (via CM/ECF NEF)
Jeremy Locklear (via CM/ECF NEF)
William Davis (via CM/ECF NEF)

March 29, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk